IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN DENMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF TRACY, JANET THIESSEN, and DOES 1 to 20, inclusive,<br><br>        Defendants. | 2:11-cv-00310-GEB-JFM<br><br>ORDER |

Plaintiff filed an "Application to Proceed Without Prepayment Of Fees and Affidavit," on February 2, 2011, in which he seeks approval from the Court to proceed in this case in forma pauperis. (ECF No. 3.) Plaintiff's Application to proceed in forma pauperis is approved.

Dated: May 6, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1