Michael R. Bracamontes (SBN 242655)
Ryan J. Vlasak (SBN 241581)
Kristen M. Ross (SBN 250917)
BRACAMONTES & VLASAK, P.C.
220 Montgomery Street, Suite 870
San Francisco, CA 94104
Phone: (415) 835-6777
Fax:    (415) 835-6780
mbracamontes@bvlawsf.com

Attorneys for Plaintiff Bryan Denman

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

BRYAN DENMAN,

    Plaintiff,

vs.

CITY AND TRACY, *et al.*,

    Defendants.

**CASE NO.:** 2:11-CV-00310-GEB-JFM

**STIPULATION AND ORDER CONTINUING THE HEARING ON DEFENDANTS' MOTION TO DISMISS**

The undersigned parties, through counsel, STIPULATE and AGREE and jointly request that:

1. The hearing on Defendants' Motion to Dismiss, currently scheduled for July 11, 2011 at 9:00 a.m., shall be continued to August 8, 2011 at 9:00 a.m., as counsel for Plaintiff has a scheduling conflict on the originally noticed hearing date.

2. The deadlines to file an Opposition and Reply to Defendants' Motion to Dismiss shall track the continued hearing date.

///

///

///

///

_____ - 1 -
*Denman v. City of Tracy, et al. – Stipulation and Order Continuing the Hearing on Defendants' Motion to Dismiss*
*2:11-CV-00310-GEB-JFM*

IT IS SO STIPULATED:

Dated:                                        By: _____
                                                   Michael R. Bracamontes, Esq.
                                                   Attorney for Plaintiff Bryan Denman

Dated:                                        By: _____
                                                   Richard W. Osman, Esq.
                                                   Attorney for Defendants
                                                   City of Tracy and Janet Thiessen

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. The hearing on Defendants' Motion to Dismiss shall take place on August 8, 2011 at 9:00 a.m. in Courtroom 10 of the U.S. District Court, Eastern District of California, Sacramento Division, 501 I Street, Sacramento, California.

2. The deadlines to file an Opposition and Reply to Defendants' Motion to Dismiss shall track the August 8, 2011 hearing date.

Dated: June 16, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

_____  - 2 -
*Denman v. City of Tracy, et al. – Stipulation and Order Continuing the Hearing on Defendants' Motion to Dismiss*
*2:11-CV-00310-GEB-JFM*