Michael R. Bracamontes (SBN 242655)
Ryan J. Vlasak (SBN 241581)
Kristen M. Ross (SBN 250917)
BRACAMONTES & VLASAK, P.C.
220 Montgomery Street, Suite 870
San Francisco, CA 94104
Phone: (415) 835-6777
Fax:    (415) 835-6780
mbracamontes@bvlawsf.com

Attorneys for Plaintiff Bryan Denman

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BRYAN DENMAN,<br><br>       Plaintiff,<br><br>vs.<br><br>CITY AND TRACY, *et al.*,<br><br>       Defendants. | **CASE NO.:** 2:11-CV-00310-GEB-JFM<br><br>**STIPULATION AND ORDER THAT PLAINTIFF'S DEADLINE TO FILE A MOTION TO SUBSTITUTE DOE DEFENDANTS BE EXTENDED** |

The undersigned parties, through counsel, STIPULATE and AGREE and jointly request that:

1. On August 26, 2011, this Court ordered that Plaintiff conduct discovery forthwith in order to discover the identity of the Doe Defendants. Plaintiff was given a deadline of 90 days to file a motion to amend accordingly.

2. On September 6, 2011, Plaintiff propounded Special Interrogatories and Demands for Production of Documents in order to ascertain the identities of the Doe Defendants.

3. Plaintiff has granted Defendant numerous discovery extensions because personnel from the City of Tracy's Police Department have been on extended leave, precluding Defendant from responding to the outstanding discovery.

4. Accordingly, the parties agree that Plaintiff's deadline to file a motion substitute the Doe

*- 1 -*

*Denman v. City of Tracy, et al. – Stipulation and Order that Plaintiff's Deadline to File a Motion to Substitute Doe Defendants be Extended*
*2:11-CV-00310-GEB-JFM*

1   Defendants in this case shall be extended an additional 45 days from the original deadline date.

2   ///

3   IT IS SO STIPULATED:

4   Dated: November 7, 2011            By:    /s/ Michael Bracamontes_____
5                                             Michael R. Bracamontes, Esq.
                                              Attorney for Plaintiff Bryan Denman
6

7

8

9   Dated: November 7, 2011            By:    /s/ Richard Osman_____
10                                            Richard W. Osman, Esq.
                                              Attorney for Defendant City of Tracy
11

12

13  PURSUANT TO STIPULATION, IT IS SO ORDERED that:

14  1. Plaintiff's deadline to file a motion for leave to file an amended complaint substituting the Doe

15     Defendants in this case shall be extended an additional 45 days from the original deadline date.

16  **Date:  11/7/2011**

17

18  _____
19  GARLAND E. BURRELL, JR.
    United States District Judge

- 2 -

*Denman v. City of Tracy, et al. – Stipulation and Order that Plaintiff's Deadline to File a Motion to Substitute Doe Defendants be Extended*
*2:11-CV-00310-GEB-JFM*