Michael R. Bracamontes (SBN 242655)
Ryan J. Vlasak (SBN 241581)
Kristen M. Ross (SBN 250917)
BRACAMONTES & VLASAK, P.C.
220 Montgomery Street, Suite 870
San Francisco, CA 94104
Phone: (415) 835-6777
Fax:    (415) 835-6780
mbracamontes@bvlawsf.com

Attorneys for Plaintiff Bryan Denman

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BRYAN DENMAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY AND TRACY, *et al.*,<br><br>　　　　Defendants. | **CASE NO.:** 2:11-CV-00310-GEB-JFM<br><br>**STIPULATION AND ORDER TO FILE THIRD AMENDED COMPLAINT TO INCLUDE NAMES OF INDIVIDUAL DEFENDANTS** |

The undersigned parties, through counsel, STIPULATE and AGREE and jointly request that:

1. On August 26, 2011, this Court ordered that Plaintiff conduct discovery forthwith in order to discover the identity of the Doe Defendants. Plaintiff was given a deadline of 90 days to file a motion to amend accordingly.

2. On November 8, 2011, pursuant to stipulation, this Court granted Plaintiff an additional 45 days to file a motion to amend.

3. Plaintiff has since discovered the names of the individual defendants. Attached as Exhibit A is Plaintiff's proposed Third Amended Complaint.

4. Accordingly, the parties agree that Plaintiff may file Plaintiff's proposed Third Amended Complaint which is substantively identical to Plaintiff's Second Amended Complaint currently

*- 1 -*

*Denman v. City of Tracy, et al. – Stipulation and Order to File Third Amended Complaint to Include Names of Individual Defendants*
*2:11-CV-00310-GEB-JFM*

on file, and only contains changes related to the substitution of names of the individual officers involved in the incident.

5. Defendants' response to the Third Amended Complaint shall be due 10 days after the filing of the Third Amended Complaint and no response to the Second Amended Complaint need be filed.

///

IT IS SO STIPULATED:

Dated: December 8, 2011          By:     /s/ Michael Bracamontes_____
                                         Michael R. Bracamontes, Esq.
                                         Attorney for Plaintiff Bryan Denman


Dated: December 8, 2011          By:     /s/ Richard Osman_____
                                         Richard W. Osman, Esq.
                                         Attorney for Defendant City of Tracy


PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. Plaintiff may file Exhibit A as his Third Amended Complaint, which individually names the officers allegedly involved in the incident.

2. Defendants' response to the Third Amended Complaint shall be due 10 days after the filing of the Third Amended Complaint and no response to the Second Amended Complaint need be filed.

**Date:  12/9/2011**

_____
GARLAND E. BURRELL, JR.
United States District Judge

- 2 -

*Denman v. City of Tracy, et al. – Stipulation and Order to File Third Amended Complaint to Include Names of Individual Defendants*
*2:11-CV-00310-GEB-JFM*