Michael R. Bracamontes (SBN 242655)
Ryan J. Vlasak (SBN 241581)
Kristen M. Ross (SBN 250917)
BRACAMONTES & VLASAK, P.C.
220 Montgomery Street, Suite 870
San Francisco, CA 94104
Phone: (415) 835-6777
Fax:    (415) 835-6780
mbracamontes@bvlawsf.com

Attorneys for Plaintiff Bryan Denman

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BRYAN DENMAN,<br><br>            Plaintiff,<br><br>vs.<br><br>CITY AND TRACY, *et al.*,<br><br>            Defendants. | **CASE NO.:** 2:11-CV-00310-GEB-JFM<br><br>**STIPULATION AND ORDER TO STAY ACTION PENDING RESOLUTION OF CRIMINAL CHARGES** |

The undersigned parties, through counsel, STIPULATE and AGREE and jointly request that:

1. The instant action be stayed until Plaintiff Bryan Denman's criminal charges for resisting arrest are resolved. The instant action is one for excessive force against the City of Tracy and individual police officers under 42 U.S.C. § 1983.

IT IS SO STIPULATED:

Dated: February 6, 2012            By:      /s/ Michael Bracamontes_____
                                                   Michael R. Bracamontes, Esq.
                                                   Attorney for Plaintiff Bryan Denman


Dated: February 6, 2012            By:      /s/ Richard Osman_____
                                                   Richard W. Osman, Esq.
                                                   Attorney for Defendants

_____ - 1 -
*Denman v. City of Tracy, et al. – Stipulation and Order to Stay Action Pending Resolution of Criminal Charges*
*2:11-CV-00310-GEB-JFM*

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. The instant action is stayed until Plaintiff Bryan Denman's criminal charges for resisting arrest are resolved. All remaining hearings and deadlines, including discovery, and trial are hereby vacated without prejudice.

2. In light of the parties' stipulation, Defendant City of Tracy's motion to dismiss (ECF No. 35) is deemed withdrawn and the hearing scheduled for February 21, 2012 at 9 a.m. is vacated.

3. Further, each party shall file a Status Report within five days of the date on which the criminal charges are resolved, in which the Court is informed that the stay can be lifted and how the case could be scheduled.

**Date:** **2/7/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge