Michael R. Bracamontes (SBN 242655)
Ryan J. Vlasak (SBN 241581)
Kristen M. Ross (SBN 250917)
BRACAMONTES & VLASAK, P.C.
220 Montgomery Street, Suite 870
San Francisco, CA 94104
Phone: (415) 835-6777
Fax:    (415) 835-6780
mbracamontes@bvlawsf.com

Attorneys for Plaintiff Bryan Denman

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| BRYAN DENMAN,<br><br>             Plaintiff,<br><br>vs.<br><br>CITY AND TRACY, *et al.*,<br><br>             Defendants. | **CASE NO.:** 2:11-CV-00310-GEB-JFM<br><br>**STIPULATION AND ORDER TO LIFT STAY GIVEN RESOLUTION OF CRIMINAL CHARGES** |

The undersigned parties, through counsel, STIPULATE and AGREE and jointly request that:

1. The stay of the instant action be lifted given that the criminal charges for resisting arrest against Plaintiff Bryan Denman have been resolved.  The district attorney dismissed the criminal charges based on insufficient evidence.  The instant action is one for excessive force against the City of Tracy and individual police officers under 42 U.S.C. § 1983.

IT IS SO STIPULATED:

Dated: December 18, 2012                    By:    /s/ Michael Bracamontes
                                                              Michael R. Bracamontes, Esq.
                                                              Attorney for Plaintiff Bryan Denman

_____ *- 1 -*
*Denman v. City of Tracy, et al. – Stipulation and Order to Lift Stay Given Resolution of Criminal Charges*
*2:11-CV-00310-GEB-JFM*

Dated: December 18, 2012                        By:     /s/ Richard Osman
                                                        Richard W. Osman, Esq.
                                                        Attorney for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. The stay of the instant action is hereby lifted, effective immediately, given that the criminal charges for resisting arrest against Plaintiff Bryan Denman have been resolved. A further Case Management Conference is set for February 11, 2013, at 9:00 a.m. A joint status report shall be filed fourteen days prior to the hearing.

**Date: 12/18/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

_____   - 2 -
*Denman v. City of Tracy, et al. – Stipulation and Order to Lift Stay Given Resolution of Criminal Charges*
*2:11-CV-00310-GEB-JFM*