IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRYAN DENMAN, | ) | |
| Plaintiff, | )<br>) | 2:11-cv-00310-GEB-JFM |
| v. | )<br>) | STATUS (PRETRIAL SCHEDULING) |
| CITY OF TRACY, ALEX NEICU, | )<br>) | ORDER |
| JARED TRINE, ALEX KALININ, | ) | |
| ANTHONY MATUSKA, | )<br>) | |
| Defendants.* | ) | |
| _____ | ) | |

The status (pretrial scheduling) conference scheduled for hearing on February 11, 2013, is vacated since the parties' Joint Status Report filed on January 28, 2013 ("JSR") indicates the following Order should issue.

### DISMISSAL OF DOE DEFENDANTS

Since Plaintiff has not justified Doe defendants remaining in this action, Does 5-20 are dismissed. See Order Setting Status (Pretrial Scheduling) Conference filed May 6, 2011, at 2 n.2 (indicating that if justification for "Doe" defendant allegations not provided Doe defendants would be dismissed).

### SERVICE, JOINDER OF ADDITIONAL PARTIES, AMENDMENT

No further service, joinder of parties or amendments to pleadings is permitted, except with leave of Court for good cause shown.

_____

* The caption has been amended according to the Dismissal of Doe Defendants portion of this Order.

1

DISCOVERY

All discovery shall be completed by October 16, 2013. In this context, "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate orders, if necessary, and, where discovery has been ordered, the order has been complied with or, alternatively, the time allowed for such compliance shall have expired.

Each party shall comply with Federal Rule of Civil Procedure 26(a)(2)(B) and (C)'s initial expert witness disclosure requirements on or before August 9, 2013, and any contradictory and/or rebuttal expert disclosure authorized under Rule 26(a)(2)(D)(ii) on or before September 6, 2013.

MOTION HEARING SCHEDULE

The last hearing date for a motion is December 16, 2013, commencing at 9:00 a.m.[1] A motion shall be briefed as prescribed in Local Rule 230.

The parties are cautioned that an untimely motion characterized as a motion in limine may be summarily denied.

FINAL PRETRIAL CONFERENCE

The final pretrial conference is set for February 24, 2014, at 1:30 p.m. The parties are cautioned that the lead attorney who WILL TRY THE CASE for each party shall attend the final pretrial conference. In addition, all persons representing themselves and appearing in propria persona must attend the pretrial conference.

---

[1] This time deadline does not apply to motions for continuances, temporary restraining orders, emergency applications, or motions under Rule 16(e) of the Federal Rules of Civil Procedure.

1    The parties are warned that **non-trial worthy issues could be**
2    **eliminated *sua sponte*** "[i]f the pretrial conference discloses that no
3    material facts are in dispute and that the undisputed facts entitle one
4    of the parties to judgment as a matter of law." <u>Portsmouth Square v.</u>
5    <u>S'holders Protective Comm.</u>, 770 F.2d 866, 869 (9th Cir. 1985).

6    The parties shall file a **JOINT** pretrial statement no later
7    than seven (7) calendar days prior to the final pretrial conference. The
8    joint pretrial statement shall address the applicable portions of Local
9    Rule 281(b), and shall set forth each theory of liability ("claim") and
10   affirmative defense which remains to be tried, and the ultimate facts on
11   which each theory/defense is based. Furthermore, each party shall
12   estimate the length of trial.[2] The Court uses the parties' joint pretrial
13   statement to prepare its final pretrial order and could issue the final
14   pretrial order without holding the scheduled final pretrial conference.
15   See <u>Mizwicki v. Helwig</u>, 196 F.3d 828, 833 (7th Cir. 1999)("There is no
16   requirement that the court hold a pretrial conference.").

17   If feasible, at the time of filing the joint pretrial
18   statement counsel shall also email it in a format compatible with
19   WordPerfect to: geborders@caed.uscourts.gov.

20                              <u>TRIAL SETTING</u>

21   Trial shall commence at 9:00 a.m. on May 20, 2014.

22   IT IS SO ORDERED.

23   Dated: February 7, 2013

24

25   _____
     GARLAND E. BURRELL, JR.
26   Senior United States District Judge

27   _____

28        [2]   If a trial by jury has been preserved, the joint pretrial
     statement shall also state how much time each party desires for voir
     dire, opening statements, and closing arguments.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28